Order Filed on December 28,
2018 by Clerk U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Kevin O'Reilly

Case No.: 16-12892

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 2, 2018___ :

Property: ___67 Pulaski Avenue Wallington NJ 07057___

Creditor: ___Wells Fargo Home Mortgage___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Russell L. Low___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___3/2/19___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*