UNITED STATES BANKRUPTCY COURT
DISKTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Kevin O'Reilly

Order Filed on December 28, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 16-12892

Chapter: 13

Judge: JKS

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 28, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 2, 2018___ :

Property:  ___67 Pulaski Avenue Wallington NJ 07057___

Creditor:  ___Wells Fargo Home Mortgage___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___Russell L. Low___, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___3/2/19___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 16-12892-JKS
Kevin M. O'Reilly                                                                         Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin            Page 1 of 1            Date Rcvd: Dec 28, 2018
                         Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2018.
db         +Kevin M. O'Reilly,   67 Pulaski Ave.,   Wallington, NJ 07057-1301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2018 at the address(es) listed below:
      Andrew L. Spivack    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-6, ASSET-BACKED CERTIFICATES, SERIES 2005-6. nj.bkecf@fedphe.com
      Francesca Ann Arcure    on behalf of Creditor    Specialized Loan Servicing LLC as servicing agent for HSBC Bank USA, National Association, As Trustee for GSAA Home Equity Trust 2005-6, Asset-Backed Certificates, Series 2005-6 NJ_ECF_Notices@McCalla.com,   NJ_ECF_Notices@McCalla.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC NJ_ECF_Notices@McCalla.com
      Rebecca Ann Solarz    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2005-6, ASSET-BACKED CERTIFICATES, SERIES 2005-6. rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Kevin M. O'Reilly rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      Steven P. Kelly    on behalf of Creditor    Weichert Financial Services skelly@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                                                       TOTAL: 7